

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carol Walcoff. on behalf of herself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Innofoods USA, Inc.; Costco Wholesale Corporation, a Washington corporation; Does 1 through 20, inclusive<br><br>**Defendant.** | Civil Action No. 22cv01485-MMA-AHG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Dismisses this action without prejudice.

Date:     8/15/23

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ A. Santiago
                              A. Santiago, Deputy